CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKu
APR 2 3 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARLTON L. CHANEY,<br>    Petitioner, | Civil Action No. 7:07CV00121 |
| v. | **FINAL ORDER** |
| TERRY O'BRIEN,<br>    Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 23rd day of April, 2007.

                                                  Senior United States District Judge